**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| SANTONIO R. LEE, : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | |
| : | |
| WILLIAM H. SMITH, III, Attorney, : | NO. 5:11-CV-254 (MTT) |
| : | |
| Defendant : | **O R D E R** |

Plaintiff **SANTONIO R. LEE**, an inmate at Johnson State Prison, has filed a motion to proceed *in forma pauperis* on appeal from the Court's June 30, 2011, Order that dismissed Plaintiff's *pro se* civil rights complaint filed under 42 U.S.C. § 1983. Based on the reasoning of this Court's prior order, the Court finds that the appeal is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, Plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Johnson State Prison.

**SO ORDERED**, this 29th day of July, 2011.

<pre>
                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT
</pre>

cr